# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Raymond P. Moore

Civil Action No. 18-cv-02911-RM-NYW

KEVIN M. MONTGOMERY,

    Plaintiff,

v.

TAMMY CRANE, and
BRANDON SPARKS,

    Defendants.

---

## ORDER

---

    This matter is before the Court on the March 5, 2021 Recommendation of United States Magistrate Judge Nina Y. Wang (the "Recommendation") (ECF No. 148) where the Magistrate Judge (1) denied Plaintiff's "Amendment to Motion to Temporarily Suspend Case or Appointment of Counsel" (ECF No. 146) and (2) recommended to administratively close this case pursuant to D.C.COLO.LCivR 41.2, subject to reopening for good cause. The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); FED. R. CIV. P. 72(b).

    The Recommendation advised the parties that specific written objections were due within fourteen days after being served with a copy of the Recommendation. (ECF No. 148, p. 7.) Plaintiff filed a motion for clarification of the Recommendation, which the Magistrate Judge addressed. (ECF Nos. 153, 155.) No objections to the Recommendation have to date been filed by any party and the time to do so has expired. (*See generally* Dkt.)

The Court concludes that Magistrate Judge Wang's analysis was thorough and sound, and that there is no clear error on the face of the record.[1] *See* FED. R. CIV. P. 72(b) advisory committee's note ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *see also Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) ("In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate."). The Recommendation is, therefore, accepted and adopted as an order of this Court.

In accordance with the foregoing, the Court:

(1) ACCEPTS and ADOPTS the Recommendation of United States Magistrate Judge (ECF No. 148) to administratively close this case;

(2) DIRECTS the Clerk to **ADMINISTRATIVELY CLOSE** this action pursuant to D.C.COLO.LCivR 41.2, subject to reopening for good cause; and

(3) ORDERS that, on or before **October 6, 2021**, Plaintiff shall either **MOVE TO REOPEN** this action for good cause or **SHOW CAUSE** why this action should not be dismissed without prejudice for failure to prosecute.

DATED this 6th day of April, 2021.

BY THE COURT:

RAYMOND P. MOORE
United States District Judge

---

[1] For clarification, after the case was drawn to the undersigned, Plaintiff was granted leave to amend his complaint where he added Defendants Romero and Boykins as parties. (ECF Nos. 55, 62.) As the Recommendation stated, Defendants Romero and Boykins have since been dismissed.